IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TONY LEON WHITE,

    Plaintiff,

v.                                                    No. 04-2599 B

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

The plaintiff, Tony Leon White, appealed from a decision of the Commission of Social Security finding that White was not without fault in receiving and accepting an overpayment of Social Security disability payments. The Court referred the appeal to Magistrate Judge Tu M. Pham. On August 5, 2005, the Magistrate Judge entered a report and recommended that the Commissioner's decision be reversed and remanded. Because no objections were filed and based upon a de novo review of the before it, the Court adopts the report in full, REVERSES the decision of the ALJ, and REMANDS this case to the Commissioner for further proceedings in accordance with Magistrate Judge Pham's report.

**IT IS SO ORDERED** this 31st day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02599 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony Leon White
1946 Foster Avenue
Memphis, TN 38114

Honorable J. Breen
US DISTRICT COURT